**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-01132-LTB-CBS

UNITED STATES OF AMERICA, for the Use of SCHMIDT CONSTRUCTION COMPANY, a Colorado corporation,
          Plaintiff,

v.

ROY ANDERSON CORP., a Mississippi corporation, and
ST. PAUL FIRE AND MARINE INSURANCE CO., a Minnesota insurance company,
          Defendants.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Voluntary Dismissal (filed July 15, 2005), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                                            BY THE COURT:

                                            s/Lewis T. Babcock
                                            Lewis T. Babcock, Chief Judge

DATED:   July 15, 2005